IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN BRITT ALBERSON                                                                                          PLAINTIFF

v.                                              Civil No. 4:13-cv-04087

JOHNNY GODBOLT; JIMMY SMITH;
JAMES GLOVER; BARBERA BLAND;
SIMEON AIMES; and GARY DORMAN                                                          DEFENDANTS

**O R D E R**

Plaintiff Justin Alberson filed this civil rights case pursuant to 42 U.S.C. § 1983. Plaintiff proceeds in this matter *pro se* and *in forma pauperis*. This matter is set for trial on Tuesday, February 2, 2016. Plaintiff submitted a witness list to the Court on January 25, 2016. ECF No. 39.

Because Plaintiff proceeds *in forma pauperis*, the Court will issue and serve all writs and subpoenas for Plaintiff's trial witnesses that it deems appropriate.

Plaintiff only requests Lori Alberson as a witness at his bench trial on February 2, 2016. Ms. Alberson is Plaintiff's mother. I will not subpoena Plaintiff's family to testify at his trial, but they may appear voluntarily at the trial and testify on Plaintiff's behalf. I will send Lori Alberson a letter informing her of the date and time of the trial and indicating she may appear to testify if she wishes to do so.

**IT IS SO ORDERED** this 27th day of January 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE