IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN BRITT ALBERSON                                                              PLAINTIFF

Civil No.4:13-CV-04087-BAB

CAPTAIN JOHNNY GODBOLT, ET. AL.                                      DEFENDANTS

## JUDGMENT

Plaintiff Justin Britt Alberson filed this case *pro se* pursuant to 42 U.S.C. § 1983 on September 19, 2013.  ECF No. 1.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 15.

Pursuant to this authority, the Court held a bench trial on February 2, 2016.  At the close of the evidence in this matter, the undersigned issued findings of fact and conclusion of law on the record.  In accordance with these findings and conclusions, the undersigned dismissed Plaintiff's claims against all parties with prejudice.

Accordingly, the undersigned now issues this Judgment.  Plaintiff Alberson's claims, brought pursuant to 42 U.S.C. § 1983, are **DISMISSED** with prejudice as to all Defendants.

**IT IS SO ORDERED this 4th day of February 2016.**

>                               /s/ Barry A. Bryant
>                               HON. BARRY A. BRYANT
>                               UNITED STATES MAGISTRATE JUDGE